PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Durell Foster**                                          Docket No. **06-31**

Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Durell Foster**, who was placed under pretrial release supervision by the Honorable **G. Donald Haneke** sitting in the Court at Newark, New Jersey, on April 21, 2005, under the following conditions:

1. **$100,000 Unsecured Appearance Bond**
2. **Pretrial Services supervision**
3. **Defendant is placed in 3rd party custody of Juanita McBurroughs**
4. **24 hour house arrest with electronic monitoring, with exceptions for medical treatment, appointments with counsel, court, employment, and other absences as approved by Pretrial Services**
5. **Maintain residence with his Aunt and Grandmother, unless otherwise approved by Pretrial Services**
6. **Defendant is subject to drug testing/treatment as directed by Pretrial Services**
7. **Travel is restricted to New Jersey, unless otherwise approved by Pretrial Services**
8. **Resolve all outstanding warrants**

On January 17, 2006, the defendant's bail was modified by eliminating employment as an exception for him to leave his residence. On March 8, 2006, he appeared before Your Honor for his arraignment. His next court date is pending.

Respectfully presenting petition for action of Court and for cause as follows:

See attachment

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the defendant's arrest.

ORDER OF COURT

Considered and ordered this _____ day of
_____, ____, and ordered filed and
made a part of the records in the above case.

_____
Honorable William H. Walls
United States District Judge

Respectfully,

_Kenneth Rowan_
Kenneth Rowan
U.S. Pretrial Services Officer
P.O. Box 20240
Newark, New Jersey 07102

Date: November 1, 2006

PS 10
(8/88)

# United States District Court
## for the
## District of New Jersey

U.S.A. vs Durell Foster                                      Docket No. 06-31

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>**Durell Foster** | SEX<br>M | RACE<br>B | AGE<br>26 |
| ADDRESS(STREET, CITY, STATE)<br>**29 Rose Street, Paterson, NJ** | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>**The Honorable William H. Walls, 50 Walnut Street, Newark, New Jersey 07101** | | | |
| CLERK | (BY) DEPUTY CLERK | DATE<br>11/1/06 | |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."