# UNITED STATES DISTRICT COURT
for the
New District of Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Durell Foster | ) Case No: 06-31 |
| | ) USM No: |
| | ) Lisa Mack, AFPD |
| Date of Previous Judgment: | ) Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __60 months__

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __23__   Amended Offense Level: __21__
Criminal History Category: __IV__   Criminal History Category: __IV__
Previous Guideline Range: __70__ to __87__ months   Amended Guideline Range: __60__ to __71__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __10/11/07__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __21 July 2008__

Effective Date: _____
(if different from order date)

Judge's Signature

William H. Walls
Printed name and title