# UNITED STATES DISTRICT COURT
for the

**New** District of **Jersey**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Durell Foster** | ) Case No: **06-31** |
| | ) USM No: |
| | ) **Lisa Mack, AFPD** |
| Date of Previous Judgment: | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **70** months **is reduced to** **60 months**

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **23**         Amended Offense Level: **21**
Criminal History Category: **IV**      Criminal History Category: **IV**
Previous Guideline Range: **70** to **87** months   Amended Guideline Range: **60** to **71** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **10/11/07** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **21 July 2008**

Effective Date: _____
(if different from order date)

Judge's Signature

**William H. Walls**
Printed name and title